Andy D. RODRIGUEZ, Plaintiff–
Appellant,

v.

Margaret MIMS, Fresno County Sheriff; Detention Division at Fresno County Jail, Defendants–Appellees.

No. 12–15963.

United States Court of Appeals,
Ninth Circuit.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 19, 2012.*

Filed Jan. 2, 2013.

Andy D. Rodriguez, Atascadero, CA, pro se.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM ***

Andy D. Rodriguez appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that defendants violated his constitutional rights while he was a pretrial detainee when they opened incoming mail from elected officials and government agencies. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. §§ 1915A and 1915(e)(2). *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

The district court properly dismissed Rodriguez's action because Rodriguez failed to allege facts sufficient to show that he was deprived of a federal or constitutional right. *See Mann v. Adams*, 846 F.2d 589, 590–91 (9th Cir.1988) (per curiam) (no constitutional violation where mail from public agencies, public officials, and news media was opened outside inmate's presence).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rodriguez's motion for appointment of counsel, set forth in his opening brief, is denied.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.